1  HONORABLE JUDGE ROSANNA M. PETERSON

2  HEATHER C. YAKELY, #28848
   EVANS, CRAVEN LACKIE, P.S.
3  W. 818 Riverside
   Suite 250, Lincoln Building
4  Spokane, WA  99201
   (509) 455-5200
5  hyakely@ecl-law.com
   Attorneys for Defendants
6

7

8  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 9   SCOTT ARMS, an individual, TOM and WANDA HAAG, a married couple, | NO.:   2:17-CV-168-RMP |
| 10  | |
| 11                       Plaintiff, | **NOTICE OF UNAVAILABILITY** |
| 12  vs. | |
| 13  OFFICER MITCH MATHESON, DETECTIVE KEVIN FILES, CHELAN COUNTY SHERIFF'S OFFICE, CHELAN COUNTY, JANE and/or JOHN DOE CHELAN COUNTY OFFICERS 1-10, | |
| 14  | |
| 15  | |
| 16  | |
| 17                       Defendants. | |

18       PLEASE TAKE NOTICE that the undersigned counsel will be unavailable

    on the following dates:
19
         **July 6, 2018 to August 3, 2018.**
20

NOTICE OF UNAVAILABILITY
page 1

Evans, Craven &
Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1    Counsel respectfully requests that no hearings be scheduled and that no

2    motions, discovery requests, or other documents that require a response be

3    served on the undersigned during the above time periods.

4    Dated this 30th day of March, 2018.

5                                    EVANS, CRAVEN & LACKIE, P.S.

6

7                                    By    s/ Heather C. Yakely
                                     HEATHER C. YAKELY, #28848
8                                    Attorneys for Defendants
                                     Evans, Craven & Lackie, P.S.
9                                    818 W. Riverside Ave., Ste. 250
                                     Spokane, WA 99201
10                                   (509) 455-5200
                                     (509) 455-3632 facsimile
11                                   hyakely@ecl-law.com

12

13

14

15

16

17

18

19

20

NOTICE OF UNAVAILABILITY
page 2

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send notification of such filing to the following:

Drew Dalton via email at: ddaltonlaw@gmail.com

        EVANS, CRAVEN & LACKIE, P.S.

        By    s/ Heather C. Yakely
        Heather C. Yakely, #28848
        Attorneys for Defendants
        Evans, Craven & Lackie, P.S.
        818 W. Riverside Ave., Ste. 250
        Spokane, WA 99201
        (509) 455-5200
        (509) 455-3632 facsimile
        hyakely@ecl-law.com

NOTICE OF UNAVAILABILITY
page 3

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632