FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT ARMS, an individual; WANDA HAAG, a married woman; and TOM HAAG, a married man,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHELAN COUNTY; CHELAN COUNTY SHERIFF'S OFFICE; OFFICER MITCH MATHESON; DETECTIVE KEVIN FILES; and JANE and JOHN DOE CHELAN COUNTY OFFICER 1-10,<br><br>　　　　　　　　Defendants. | NO: 2:17-CV-168-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 20. Having reviewed the Stipulation and the record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 20**, is

    **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All Chelan County Defendants are dismissed, with prejudice from this matter.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter Judgment accordingly, provide copies to counsel, and **close this case**.

**DATED** June 20, 2018.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge