AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2018

SEAN F. McAVOY, CLERK

SCOTT ARMS, an individual;
WANDA HAAG, a married woman;
and TOM HAAG, a married man, )
*Plaintiff* )
)
v. ) Civil Action No. 2:17-CV-168-RMP
CHELAN COUNTY; CHELAN )
COUNTY SHERIFF'S OFFICE; )
OFFICER MITCH MATHESON;
DETECTIVE KEVIN FILES; et al.,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 20, is GRANTED. All Chelan County Defendants are dismissed, with prejudice from this matter.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion to Dismiss with Prejudice ECF No. 20.

Date: June 20, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer